Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-310-009

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

## Title

**Title of Work:** Dirt Jumper

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 18, 2019
**Nation of 1ˢᵗ Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-310-010
**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

## Title _____

**Title of Work:** Scuba Dive

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** February 03, 2016
**Nation of 1st Publication:** Canada

## Author _____

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant _____

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions _____

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification _____

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062007



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-309-955
**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 21, 2022

## Title

**Title of Work:** Live to Ride

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 03, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062002



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-310-013
**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

---

## Title

**Title of Work:** Ocean Life

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 13, 2019
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-310-019

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

## Title _____

**Title of Work:** Think Outside

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** July 11, 2020
**Nation of 1st Publication:** Canada

## Author _____

- **Author:** Sassan Filsoof
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant _____

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions _____

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification _____

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062012



THINK OUTSIDE
NO BOX REQUIRED

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-310-014

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

---

## Title

**Title of Work:** Powder to the People

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 20, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062005



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-310-017
**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

---

## Title

**Title of Work:** Vintage Motor Racing

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 22, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062014



ISLE OF MAN TT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-761

**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

Title of Work: Bike Hard

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: November 14, 2013
Nation of 1st Publication: United States

## Author

- Author: Sassan Filsoof
Author Created: 2-D artwork
Citizen of: Canada

## Copyright Claimant

Copyright Claimant: Sassan Filsoof
PO BOX 397, Enderby, BC, V0E 1V0, Canada

---

## Rights and Permissions

Name: Sassan Filsoof
Email: sfdesignstudio.ca@gmail.com
Address: PO BOX 397
Enderby, BC V0E 1V0 Canada

## Certification

Name: David Denholm
Date: July 26, 2024
Applicant's Tracking Number: SF2024072502



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-413-762

**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title
          **Title of Work:** Good to the last drop

## Completion/Publication
          **Year of Completion:** 2013
          **Date of 1st Publication:** January 11, 2014
          **Nation of 1st Publication:** United States

## Author
          •
          **Author:** Sassan Filsoof
          **Author Created:** 2-D artwork
          **Citizen of:** Canada

## Copyright Claimant
          **Copyright Claimant:** Sassan Filsoof
          PO BOX 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions
          **Name:** Sassan Filsoof
          **Email:** sfdesignstudio.ca@gmail.com
          **Address:** PO BOX 397
          Enderby, BC V0E 1V0 Canada

## Certification
          **Name:** David Denholm
          **Date:** July 26, 2024
          **Applicant's Tracking Number:** SF2024072503



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-310-012

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

---

## Title

**Title of Work:** My Therapy

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 18, 2018
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062003



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-310-021

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 22, 2022

## Title
_____

**Title of Work:** Ski Freestyler

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** January 17, 2020
**Nation of 1st Publication:** Canada

## Author
_____

- **Author:** Sassan Filsoof
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
_____

**Copyright Claimant:** Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions
_____

**Name:** Sassan Filsoof
**Email:** sfdesignstudio.ca@gmail.com
**Telephone:** (125)054-0591x1

## Certification
_____

**Name:** David Denholm
**Date:** June 20, 2022
**Applicant's Tracking Number:** SF2022062010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-310-015**

**Effective Date of Registration:**
June 20, 2022

**Registration Decision Date:**
July 22, 2022

## Title

Title of Work: Shut Up Legs

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: February 26, 2013
Nation of 1st Publication: Canada

## Author

- Author: Sassan Filsoof
  Author Created: 2-D artwork
  Citizen of: Canada

## Copyright Claimant

Copyright Claimant: Sassan Filsoof
PO Box 397, Enderby, BC, V0E 1V0, Canada

## Rights and Permissions

Name: Sassan Filsoof
Email: sfdesignstudio.ca@gmail.com
Telephone: (125)054-0591x1

## Certification

Name: David Denholm
Date: June 20, 2022
Applicant's Tracking Number: SF2022062008

